**FILED**

NOV 1 8 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kedist Hirpassa,                           )
                                           )
            Plaintiff,                     )
                                           )
      v.                                   )      Civil Action No.    09 2179
                                           )
U.S. Postal Service,                       )
                                           )
            Defendant.                     )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which

is accompanied by an application to proceed *in forma pauperis*. The Court will grant the

application and will dismiss the case for lack of subject matter jurisdiction, as required by Rule

12(h)(3) of the Federal Rules of Civil Procedure.

Plaintiff sues the United States Postal Service for failing to deliver her bank statements to

her "postal box." Compl. The Court lacks subject matter jurisdiction over a "claim arising out

of loss, miscarriage, or negligent transmission of letters or postal matter." 28 U.S.C. § 2680(b).

The complaint therefore is dismissed. A separate Order accompanies this Memorandum

Opinion.

United States District Judge

Date: October 2 6 , 2009